IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **10-cv-1879-AP**
Bankruptcy Case No. **08-24670 SBB**
Adversary Proceeding No. **10-01013 SBB**

**ROLLAND NELSON ELLIS,**

Plaintiff Appellant/Debtor,

v.

**UNITED STATE DEPARTMENT OF HOMELAND SECURITY,**

Defendant/Appellee.

---

**ORDER**

---

Kane, J.

The Unopposed Motion for Leave to Appeal by Defendant United States Department of Homeland Security (Doc. #10), is **GRANTED**. Briefing is set in an expedited manner as follows: Opening brief is due on September 20, 2010; response brief is due on September 30, 2010; reply brief is due on October 5, 2010. This case shall be drawn to a judge forthwith for expedited handling of the issues on interlocutory appeal.

BY THE COURT:


Dated:  September 9, 2010.          *s/John L. Kane*
                                    SENIOR U.S. DISTRICT JUDGE